UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-TP-20087-MARTINEZ

UNITED STATES OF AMERICA

v.

JEROME WATSON,

Defendant.

_______________________________/

**ORDER**

This cause is before the court on Defendant's Unopposed Motion to Modify Conditions of Supervised Release. The Court, having reviewed said motion and being fully advised as to its premises, it is:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. One condition of the Defendant's supervised release is allowed to be modified, allowing, "stand alone GPS monitoring." All other release conditions remain the same.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 14 day of June, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record